1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JERRY VICEK,                       ) Case No. ED CV 11-1447 JCG
                                        )
12                    Plaintiff,        )
                                        )
13          v.                          ) **JUDGMENT**
                                        )
14   MICHAEL J. ASTRUE,                 )
     COMMISSIONER OF SOCIAL             )
15   SECURITY ADMINISTRATION,           )
                                        )
16                    Defendant.        )
                                        )
17   _____   )

18

19          IT IS ADJUDGED that the decision of the Commissioner of the Social

20   Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

21   sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

22   with the Court's Memorandum Opinion and Order filed contemporaneously with the

23   filing of this Judgment.

24

25   DATED: September 25, 2012

26                                      _____
27                                                Hon. Jay C. Gandhi
28                                           United States Magistrate Judge